**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Roseland Community Hospital Association**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA The New Roseland Community Hospital**
**DBA The New Roseland Outpatient Pharmacy**

**3. Debtor's federal Employer Identification Number** (EIN)

**36-1703630**

**4. Debtor's address**

**Principal place of business**

**45 W. 111th Street**
**Chicago, IL 60628**
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**www.roselandhospital.org**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **Roseland Community Hospital Association** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Roseland Community Hospital Association** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Roseland Community Hospital Association**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2026**
MM / DD / YYYY

***X*** **/s/ Timothy Egan**
Signature of authorized representative of debtor

**Timothy Egan**
Printed name

Title **President and CEO**

**18. Signature of attorney**

***X*** **/s/ SCOTT R. CLAR**
Signature of attorney for debtor

Date **November 4, 2026**
MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777**

Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 20, 2026**
MM / DD / YYYY

*X* [signature]
Signature of authorized representative of debtor

**Timothy Egan**
Printed name

Title **President and CEO**

**18. Signature of attorney**

*X* /s/Scott R. Clar
Signature of attorney for debtor

Date **October 20, 2026**
MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777** Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Roseland Community Hospital Association**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2026**

X **/s/ Timothy Egan**
Signature of individual signing on behalf of debtor

**Timothy Egan**
Printed name

**President and CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Roseland Community Hospital Association**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 19, 2026**

*X* ______________________
Signature of individual signing on behalf of debtor

**Timothy Egan**
Printed name

**President and CEO**
Position or relationship to debtor

11/04/26 3:59PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Roseland Community Hospital Association** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acumen Medical Staffing<br>689 N. MILWAUKEE AVE<br>GRND FL.<br>Chicago, IL 60642** | | | | | | **$451,608.43** |
| **American Medical Lab<br>10604 SOUTHWEST HIGHWAY<br>Chicago Ridge, IL 60415** | | | | | | **$551,208.77** |
| **Aura Staffing Partners<br>PO BOX 823473<br>Philadelphia, PA 19182-3473** | | | | | | **$1,662,315.54** |
| **Blue Enterprise LLC<br>850 NEW BURTON ROAD, #201<br>Dover, DE 19904** | | | | | | **$153,550.00** |
| **CANON MEDICAL SYSTEMS USA, INC<br>2441 Michelle Drive<br>Tustin, CA 92780** | | | | | | **$171,849.12** |
| **Cintas<br>P.O. BOX #88005<br>Chicago, IL 60680** | | | | | | **$175,405.62** |
| **Concordance Healthcare<br>PO BOX 94631<br>Cleveland, OH 44101** | | | | | | **$514,155.29** |
| **First RN Staffing<br>POST OFFICE BOX 1813<br>Spartanburg, SC 29304** | | | | | | **$155,620.00** |

Debtor **Roseland Community Hospital Association** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Firstlocum, Inc. PO BOX 411669 Boston, MA 02241-1669** | | | | | | **$2,414,922.46** |
| **GAIDO & FINTZEN, LTD. 20 SOUTH CLARK ST. SUITE 510 Chicago, IL 60603** | | | | | | **$140,620.53** |
| **Healthcare and Family Services P. O. BOX 19491 Springfield, IL 62794-9491** | | | | | | **$166,954.00** |
| **HHS Environmental Services LLC 12495 SILVER CREEK ROAD Dripping Springs, TX 78620** | | | | | | **$439,505.94** |
| **Imagefirst Healthcare 1447 E. 86TH PLACE Merrillville, IN 46410** | | | | | | **$261,918.48** |
| **MZI Building Services Inc. 1937 W. FULTON ST. Chicago, IL 60612** | | | | | | **$262,611.03** |
| **P3 COST ANALYSTS PO BOX 411 Memphis, TN 38101-9998** | | | | | | **$172,634.40** |
| **Pace Staffing LLC P.O. BOX 335 Oak Forest, IL 60452** | | | | | | **$493,026.03** |
| **Prime Healthcare Agency 9221 S. 79TH CT. Hickory Hills, IL 60457** | | | | | | **$2,296,312.17** |
| **Pulmonary Exchange Ltd. 7880 WICKER AVE. #7 Saint John, IN 46373** | | | | | | **$381,163.70** |
| **Revascent P.O. Box 13846 Savannah, GA 31416** | | | | | | **$642,155.33** |

Debtor **Roseland Community Hospital Association**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Superior Healthcare Staffing LLC 9185 W. 151st Street Orland Park, IL 60462** | | | | **$875,727.15** | **$0.00** | **$875,727.15** |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Roseland Community Hospital Association**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **70,000.00** |
| Prior to the filing of this statement I have received | $ | **70,000.00** |
| Balance Due | $ | **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 4, 2026**
*Date*

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
*Signature of Attorney*
**Crane, Simon, Clar & Goodman**
**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax: 312-641-7114**
**sclar@cranesimon.com**
*Name of law firm*

LAW OFFICES
CRANE, SIMON, CLAR & GOODMAN

ARTHUR G. SIMON
SCOTT R. CLAR
KAREN R. GOODMAN

JOHN H. REDFIELD, OF COUNSEL

135 S. LA SALLE STREET
SUITE 3950
CHICAGO, ILLINOIS 60603-4297
TEL: 312-641-6777
FAX: 312-641-7114
WWW.CRANESIMON.COM

EUGENE CRANE (1930-2022)

July 30, 2025

Via email: tegan@roselandhospital.org
Timothy Egan, CEO
Roseland Community Hospital
42 W. 111th St.
Chicago, IL 60628

Re: Roseland Community Hospital ("RCH")

Dear Mr. Egan:

This letter is intended to confirm the agreement reached with RCH concerning the retention of the law firm of Crane, Simon, Clar & Goodman ("CSCG") for a Chapter 11 bankruptcy proceeding, and such other representation as may be necessary.

RCH will cause CSCG to be paid the sum of $76,738, as an advance payment retainer for this engagement ("Retainer"). CSCG acknowledges that RCH has previously paid $10,000 for purposes of preliminary legal services. In consideration of the payment of the Retainer, CSCG agrees to provide legal services on RCH's behalf in connection with the matters upon which CSCG has been retained. Unless otherwise billed directly to RCH, any costs incurred during our representation shall be subject to reimbursement from RCH.

This Retainer will not be held in the client trust account of CSCG, and will be treated as income by CSCG upon its receipt, whereupon it will be deposited into the general account of CSCG. This Retainer is the property of CSCG and RCH retains no legal or equitable interest in the Retainer. In the event that the legal services and expenses incurred exceed this Retainer, it is understood that CSCG shall be entitled to additional monies to account for the difference. Any portion of this Retainer that is not earned or required for expenses will be refunded to RCH after application of this Retainer to accrued legal services and expenses.

It is understood that due to the nature of the representation and the substantial risk to CSCG that CSCG may receive no further fees, CSCG is unwilling to represent RCH without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSCG was RCH's choice, after consideration of other Retainer options. RCH acknowledges that the specific purpose of such advance payment retainer is to assure RCH of legal representation at least until such time as the Retainer is exhausted, and that the advantage to RCH of such a Retainer, is that it provides such assurance by reducing the risk

of creditor attachment of such a Retainer and without the necessity of seeking any court and/or creditor approval with respect to same.

For your information the current hourly rates for CSCG are as follows:

Arthur G. Simon.............. $520
Scott R. Clar.....................$520
Karen R. Goodman .......... $520
John H. Redfield.............. $420

The above hourly rates are subject to change on January 1 of each year. RCH will be charged the hourly rates in existence at the time of billing by CSCG.

If you are going to wire the retainer please call (312) 641-6777 for the instructions, and ask for Deana because we cannot email wire transfer instructions due to fraud concerns.

If you are paying by check, please send the check to our offices at:

135 S. LaSalle, Suite 3950
Chicago, IL 60603

Thank you for the opportunity to be of service to ACH. Please sign and return this letter with the Retainer.

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & GOODMAN

By: Scott R. Clar

SRC/mjo

AGREED, ACCEPTED AND UNDERSTOOD:

ROSELAND COMMUNITY HOSPITAL

By:__________________________________
Timothy Egan, CEO

10/19/26 3:19PM

# United States Bankruptcy Court
## Northern District of Illinois

In re **Roseland Community Hospital Association** Case No.

Debtor(s) Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **98**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 19, 2026**

**Timothy Egan/President and CEO**
Signer/Title

ABBOT LABORATORIES, INC.
P.O. BOX 92679
Chicago, IL 60675-2679

ACEVISION ULTRASOUND
155 OSWALT AVE
Batavia, IL 60510

Acumen Medical Staffing
689 N. MILWAUKEE AVE
GRND FL.
Chicago, IL 60642

ADVOCATIA SOLUTIONS, INC.
PO BOX 23
Gurnee, IL 60031

ALIMED, INC
297 HIGH STREET
Dedham, MA 02026-2839

American Medical Lab
10604 SOUTHWEST HIGHWAY
Chicago Ridge, IL 60415

American Red Cross
431 18TH STREET NW
Washington, DC 20006

ASSA ABLOY ENTRANCE SYSTEMS US
P.O. BOX 827375
Philadelphia, PA 19182

ATC Healthcae Services, Inc.
1983 MARCUS AVE SUITE E-122
New Hyde Park, NY 11042

Aura Staffing Partners
PO BOX 823473
Philadelphia, PA 19182-3473

BACK OFFICE STAFFING SOLUTIONS, LLC
9450 SW GEMINI DR. PMB 42353
Beaverton, OR 97008-7105

Barton Healthcare Staffing
300 JUBILEE DRIVE
Peabody, MA 01960

BAXTER HEALTHCARE CORP.
P.O BOX 70564
Chicago, IL 60673

Baxter Healthcare Corp.
One Baxter Parkway
Deerfield, IL 60015

BEAVER SHREDDING INC.
P.O. BOX 1703
Bridgeview, IL 60455

BECTON, DICKINSON AND COMPANY
21588 NETWORK PLACE
Chicago, IL 60673-1215

Bio-Medical Applications of IL,IN
16343 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

Blue Enterprise LLC
850 NEW BURTON ROAD, #201
Dover, DE 19904

BRACCO DIAGNOSTICS INC.
PO BOX 532411
Charlotte, NC 28290-2411

CANON MEDICAL SYSTEMS USA, INC
2441 Michelle Drive
Tustin, CA 92780

CARDINAL HEALTH
PO BOX 70539
Chicago, IL 60673-0539

Carefusion Solutions LLC/PYXIS
25082 NETWORK PLACE
Chicago, IL 60670-1250

CDW GOVERNMENT
75 REMITTANCE DR
SUITE 1515
Chicago, IL 60675-1515

Chicago Medical Engineering
691 N. CHURCH ROAD
Elmhurst, IL 60126

Cintas
P.O. BOX #88005
Chicago, IL 60680

COM*ED
P.O. BOX 6111
Carol Stream, IL 60197-6110

CONCORD TECHNOLOGIES
PO BOX 84125
Seattle, WA 98124-5425

Concordance Healthcare
PO BOX 94631
Cleveland, OH 44101

Consilio LLC
DEPT CH17174
Palatine, IL 60055-7174

DA Syntec Ltd.
629 Greenwood Avenue
Glencoe, IL 60022

DE LAGE LANDEN FINANCIAL SERVIC
800 MACARTHUR BLVD.
Mahwah, NJ 07430-0619

Dext Capital
4000 Kruse Way Place, Building 3
Lake Oswego, OR 97035

DEXT CAPITAL, LLC
5285 MEADOWS ROAD
SUITE 335
Lake Oswego, OR 97035

ENBIO, CORP.
121 W. LEXINGTON DR.
Suite 526
Glendale, CA 91203

EVISIT
2942 N. 24TH ST. STE 115
UNIT 196644
Phoenix, AZ 85016

First RN Staffing
POST OFFICE BOX 1813
Spartanburg, SC 29304

Firstlocum, Inc.
PO BOX 411669
Boston, MA 02241-1669

FISHER/CMS
4500 TURNBERRY
Bartlett, IL 60103

FLD Medical Starring
3208 KELLER LANE
Naperville, IL 60565-3533

GAIDO & FINTZEN, LTD.
20 SOUTH CLARK ST.
SUITE 510
Chicago, IL 60603

GRAINGER, INC.
6001 WEST 115TH STREET
Worth, IL 60482

GRH Healthcare
1 VALLEY SQUARE
Blue Bell, PA 19422

GRM Information Management Service
PO Box 74008988
Chicago, IL 60674

HEALTH MANAGEMENT ASSOCIATES
120 N. WASHINGTON SQUARE
SUITE 705
Lansing, MI 48933

Healthcare and Family Services
P. O. BOX 19491
Springfield, IL 62794-9491

HHS Environmental Services LLC
12495 SILVER CREEK ROAD
Dripping Springs, TX 78620

IHA HUMAN CAPITAL SERVICES, INC.
29580 NETWORK PLACE
Chicago, IL 60673

Imagefirst Healthcare
1447 E. 86TH PLACE
Merrillville, IN 46410

INGALLS MEMORIAL HOSPITAL
27678 NETWORK PLACE
PO BOX 27678
Chicago, IL 60673-1276

INTERLACE HEALTH, LLC
13421 MANCHESTER ROAD
STE 208
Saint Louis, MO 63131

INTEROPERABILITY BIDCO, INC.
1 BEACON ST.
SUITE 16400
Boston, MA 02108

ISM Security Management, LLC
9501 INDIANAPOLIS BLVD, BUILDING C
Suite 2
Highland, IN 46322

Key West Metal Industries
13831 S. KOSTNER AVE.
Crestwood, IL 60418

MACRO HELIX LLC
P.O. BOX 742256
Atlanta, GA 30374-2256

MCHC-CHICAGO HOSPITAL COUNCIL
29581 NETWORK PLACE
Chicago, IL 60673

McKesson Corporation
One Post Street
San Francisco, CA 94104

MED-COUNT, INC
1400 RENAISSANCE DRIVE
SUITE 210
Park Ridge, IL 60068

Medical Information Technology, Inc
7 BLUE HILL RIVER RD.
Canton, MA 02021

Medline Industries
PO 97720
Chicago, IL 60678

MEDSTAFF NATIONAL MEDICAL STAFFING
15200 WESTON PARKWAY
SUITE 104
Cary, NC 27513

METROPOLITAN WATER RECLAMATIC
PO BOX 95089
Chicago, IL 60694-5089

Midway Capital
Attn: Delage Landen
1111 Old Eagle School Rd.
Wayne, PA 19087

MIDWEST CPR CENTER
15337 S. CICERO AVE.
Oak Forest, IL 60452

MZI Building Services Inc.
1937 W. FULTON ST.
Chicago, IL 60612

Natus Medical Inc.
1501 Industrial Road
San Carlos, CA 94070-4111

NOUVEAU ILLINOIS LLC
47-55 37TH STREET
Long Island City, NY 11101

Office of the IL State Treasurer
300 W. Jefferson St., Room 100-D
Lower Level, Attn: Rhonda Poeschel
Springfield, IL 62702

Office of the IL State Treasurer
Attn Erica Tremble, Asst Gen'l Cnsl
555 W. Monroe, 14th Fl.
Chicago, IL 60661

Olympus America Inc.
3500 Corporate Parkway
Chicago, IL 60628

P3 COST ANALYSTS
PO BOX 411
Memphis, TN 38101-9998

Pace Staffing LLC
P.O. BOX 335
Oak Forest, IL 60452

PEOPLES GAS (OFF SITE BUILDING)
PO BOX 6050
Carol Stream, IL 60197-6050

PHARMACY CONSULTANTS INC.
1310 COVE LANE ROAD
Roaring Spring, PA 16673

Polsinelli PC
150 N. RIVERSIDE PLAZA, #3000
Chicago, IL 60606

Prime Healthcare Agency
9221 S. 79TH CT.
Hickory Hills, IL 60457

Pulmonary Exchange Ltd.
7880 WICKER AVE. #7
Saint John, IN 46373

Pulse Technology
PO Box 609
Cedar Rapids, IA 52406

PULSE TECHNOLOGY OF ILLINOIS
201 COMMERCE DRIVE
Schaumburg, IL 60173

QUIDELORTHO SALES COMPANY LLC
PO BOX 3655
Carol Stream, IL 60132-3655

ReMed Services
3450 OAKTON ST.
Skokie, IL 60076

Revascent
P.O. Box 13846
Savannah, GA 31416

RR DONNELLEY
PO BOX 93514
Chicago, IL 60673

Signature Bank
9701 W. Higgins, Suite 300
Des Plaines, IL 60018

SMITHEREEN COMPANY
7400 N. MELVINA AVE
Niles, IL 60714

SOMA TECH INTERNATIONAL INC.
166 HIGHLAND PARK DRIVE
Bloomfield, CT 06002

Stryker Finance
950 Trade Center Way, #200
Kalamazoo, MI 49002

SUMMIT PATHOLOGY PLLC
6401 HILLCREST DRIVE
Willowbrook, IL 60527

Superior Healthcare Staffing LLC
9185 W. 151st Street
Orland Park, IL 60462

TANKNOLOGY INC.
880 CHURCH ROAD
Elgin, IL 60123

TELERADIOLOGY SOLUTIONS PC
22 LIANFAIR ROAD
Unit 6
Ardmore, PA 19003

Uline
P.O. Box 88741
Chicago, IL 60680-1741

UNITED RADIO
9200 S. OKETO AVE.
Bridgeview, IL 60455

US Foods, Inc.
9399 West Higgins Road
Des Plaines, IL 60018

US MED-EQUIP, LLC
PO BOX 4339
Houston, TX 77210

ValueMed
P.O. Box 245
Blue Island, IL 60406

VEE TECHNOLOGIES
GRANITE PARK 1 SUITE 850
5800 GRANITE PARKWAY
Plano, TX 75024

WAREHOUSE DIRECT
1601 WEST ALGONQUIN ROAD
Mount Prospect, IL 60056

ZOLL MEDICAL CORPORATION
269 MILL ROAD
Chelmsford, MA 01824

Zoll Medical Corporation
269 Mill Road
Cortlandt Manor, NY 10567

# United States Bankruptcy Court
## Northern District of Illinois

In re **Roseland Community Hospital Association**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Roseland Community Hospital Association** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 4, 2026**
Date

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for **Roseland Community Hospital Association**

**Crane, Simon, Clar & Goodman**
**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**
**sclar@cranesimon.com**