UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-18477 |
| ROSELAND COMMUNITY HOSPITAL ASSOCIATION, a not-for-profit corporation, | ) | |
| | ) | Hon. David D. Cleary |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

**NOTICE OF MOTION**

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 12th day of November 2026 at 10:00 a.m. I will appear before the Honorable David D. Cleary, Bankruptcy Judge, or any judge sitting in that judge's place, either in Courtroom No. 644, 219 South Dearborn, Chicago, Illinois 60604, or electronically as described below, and present the **Motion of Roseland Community Hospital Association for Authority to Pay Pre-Petition Payroll on Shortened Notice**, a copy of which is attached.

**IMPORTANT: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet:** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at **1-669-254-5252 Or 1-646-828-7666**. Then enter the meeting ID and password. Meeting ID and passcode.

**The meeting ID and passcode.** The meeting ID for this hearing is **161 122 6457 Passcode: Cleary644**. Additional information can be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., # 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

## CERTIFICATE OF SERVICE

I, Scott R. Clar, certify that he served a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration/U.S. Mail/email (as indicated) on the 6th day of November 2026.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

- **Adam G. Brief** Ustpregion11.es.ecf@usdoj.gov
-

**Served via email:**

Gretchen Silver
Gretchen.Silver@usdoj.gov

danh@acumen-nurses.com DANIEL HARKINS, DIRECTOR

wdabaj@americanmedicallab.com WALID DABAJ, PRESIDENT

beckyw@aurastaff.com BECKY WHAMOND, PARTNER

jay.jaiswal@epiloghealth.com A K JAY JAISWAL, CEO

tmalone@us.medical.canon TRISH MALONE, SR. FINANCIAL DIRECTOR

info@chicagomedeng.com ISMAAIL AAJOUKAH, PRESIDENT

CoccioloneT@cintas.com TONY COCCIOLONE, GENERAL MANAGER

DPasquini@concordancehs.com DEAN PASQUINI, ACCOUNT MANAGER

sflournoy@firstrnstaffing.com STACEY FLOURNOY, CEO

vamshi@directshifts.com VAMSHI GUNUKULA, COO

ronald@gaido-fintzen.com RON SANDACK, PARTNER

hfs.webmaster@illinois.qov

kheflin@hhs1.com KEVIN HEFLIN, VICE PRESIDENT

LThornton@ImageFirst.com LOUIS (WHIT) THORNTON, GENERAL MANAGER

KNelson@mzigroup.com KIM NELSON, MANAGING DIRECTOR

mthiele@costanalysts.com MATT THIELE, OWNER

sabitiyu.folawiyo@pacestaffingllc.com SABITIYU FOLAWIYO, VICE PRESIDENT

primehealthcareagency@gmail.com MOHAMMAD HAMMAD, MANAGING PARTNER

rayjr@pelvip.com RAY KALINSKY, COO

info@superiorhcstaffing.com NIZAR ABULAILA, CEO

cdonahoe@revascent.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-18477 |
| Roseland Community Hospital Association, | ) | |
| a not-for-profit corporation, | ) | Hon. David D. Cleary |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Chapter 11 |

**MOTION FOR AUTHORITY TO PAY PRE-PETITION PAYROLL ON SHORTENED NOTICE**

Roseland Community Hospital Association, a not-for-profit corporation (“Roseland”), an Illinois corporation, debtor/debtor-in-possession (“Debtor”) herein, by and through its attorneys, Crane, Simon, Clar & Goodman, files this Motion for Authority to Pay Pre-Petition Payroll on Shortened Notice pursuant to Sections 105 and 363 of the Bankruptcy Code and Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (“Motion”), and in support thereof, states as follows:

**Introduction**

1. On November 4, 2026, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (“Petition Date”).

2. The Debtor is operating its business and managing its financial affairs as debtor-in-possession.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a “core” proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A)(M) and (O).

5. The statutory predicates for the relief requested in this Motion are Sections 105 and 363 of the Bankruptcy Code and Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure.

6. The Debtor also pays the payroll of its wholly owned subsidiary New Rose Healthcare Management LLC ("New Rose"), which covers emergency room physicians and providers, anesthesiologists, and CRNAs, including neonatologists and OB doctors. The amount of the New Rose payroll is approximately $265,000. New Rose does not have its own revenue, and historically New Rose's payroll is paid by the Debtor because the services are provided to the Debtor.

7. By this Motion, the Debtor seeks authority to pay payroll to its employees and employees of New Rose, which provides medical services to the Debtor's patients, as described above.

**Relevant Factual Background**

8. The Debtor is an Illinois not-for-profit corporation opened in 1924, with its principal place of business located at 45 West 111th Street, Chicago, Illinois. The Debtor has provided comprehensive healthcare services to residents of Chicago's far south side neighborhoods since 1924.

9. The Debtor has five hundred twenty-three (523) employees.

10. Timothy Egan is the Debtor's CEO.

11. The Debtor's Chapter 11 case was filed due to multiple ongoing litigation with respect to staffing agencies and other creditors.

12. The Debtor's payroll is paid in arrears semi-monthly, with payroll for the 23rd of the preceding month through the 8th of the month paid on the 15th of each

month, and payroll accrued from the 9th through the 22nd is paid on the last day of the month. The payroll due for distribution on November 15, 2026, is for the period October 23, 2026 through November 8, 2026. The gross amount of the pre-petition payroll sought to be paid by this Motion, including employer's liability, is approximately $1.7 million. A list of the employees and the amounts to be paid as wages is attached hereto as **Exhibit A.**

**13.** New Rose's payroll is paid semi-monthly, with payroll earned the first through the 15th and paid on the 22nd of each month, and payroll earned from the 16th of each month through the last day of the month, to be paid on the 8th. The pre-petition payroll covers the ED providers (physicians, nurse practitioners, and physician assistants), anesthesiologists, CRNAs, neonatologists and OB physicians. New Rose's payroll will be approximately $265,000. New Rose is funded through revenue generated from services provided at the hospital. If either pre-petition payroll to the Debtor's employees or to New Rose is not approved by noon on November 12, 2026, it is unlikely that the Debtor will be able to continue to operate.

**RELIEF REQUESTED**

14. By this Motion, the Debtor requests that this Court authorize it to pay its pre-petition payroll to its employees and New Rose, despite the filing of this reorganization case. None of the employees will receive more than the priority amount established in section 507(a)(4) of the Bankruptcy Code.

15. The Debtor has cash available from ongoing business operations to fund the requested pre-petition payroll.

16. The failure of the Debtor to make its payroll and that of New Rose in a timely manner will jeopardize its ability to reorganize and to continue with uninterrupted business operations. For these reasons, granting the relief requested in this motion is in the best interests of the Debtor, its creditors and this estate.

17. Attached to this Motion as **Exhibit B** is the Affidavit of Timothy Egan, the Debtor's CEO, which is offered in support of the relief requested in this Motion.

**NOTICE**

18. Notice of this Motion has been given to the Office of the United States Trustee, and the Debtor's 20 largest unsecured creditors. The Debtor requests that the Notice given be deemed sufficient under the circumstances.

WHEREFORE, Roseland Community Hospital Association, debtor/debtor-in-possession herein, prays for the entry of an Order as follows:

A) Authorizing it to pay its pre-petition payroll and employer's liability for the payroll due for distribution on November 15, 2026, in the approximate amount of $1,700,000;

B) Authorizing the Debtor to pay the pre-petition payroll of New Rose Management LLC in the approximate amount of $265,000;

C) Deeming notice of this Motion sufficient under the circumstances; and

D) For such other relief as may be just and equitable.

Respectfully submitted,
Roseland Community Hospital Association,
a not-for profit corporation

By: /s/Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 South LaSalle Street, Suite 3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com