UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-18477 |
| ROSELAND COMMUNITY HOSPITAL ASSOCIATION, a not-for-profit corporation, | ) | |
| | ) | Hon. David D. Cleary |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

**AFFIDAVIT OF TIMOTHY EGAN IN SUPPORT OF**
**MOTION TO PAY CRITICAL VENDORS**

TIMOTHY EGAN, being duly sworn under oath, states as follows:

1. I am now and have been the CEO of the Debtor for approximately 14 years.

2. The Debtor is an Illinois not-for-profit corporation that opened in 1924, with its principal place of business located at 45 West 111th Street, Chicago, Illinois. The Debtor has provided comprehensive healthcare services to residents of Chicago's far south side neighborhoods since 1924.

3. The Debtor is considered a "safety net" hospital, since most of its patients are Medicare and/or Medicaid, and its services are essential to the neighborhoods in the surrounding areas.

4. The Debtor has five hundred twenty-three (523) employees.

5. The Debtor's Chapter 11 case was filed due to multiple ongoing litigation with respect to staffing agencies and other creditors.

6. I have reviewed and am familiar with the Debtor's pre-petition accounts payable and have determined that the vendors listed on Exhibit A to the Motion to Pay

Critical Vendors all provide goods and services which are essential to the continued operation of the hospital, and that the Debtor cannot replace the vendors in a short period of time.

7. It is in the best interests of the Debtor, its creditors and the Debtor's estate to allow the Debtor to continue business operations by paying the requested pre-petition debts.

FURTHER AFFIANT SAYETH NOT.

By: ______________________________
Timothy Egan, CEO