UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | |
| | Case No. 26-18477 |
| ROSELAND COMMUNITY HOSPITAL ASSOCIATION, a not-for-profit corporation, | Hon. David D. Cleary |
| | Chapter 11 |
| Debtor/Debtor-in-Possession. | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **25th day of November, 2026, at the hour of 9:00 a.m.**, I will appear before the Honorable David D. Cleary, Bankruptcy Judge, or any judge sitting in that judge's place, either in Courtroom No. 644, 219 South Dearborn, Chicago, Illinois 60604, or electronically as described below, and present the its **Motion to Waive Appointment of Ombudsman**, a copy of which has been served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 122 6457**, and the passcode is **Cleary644**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business day before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(312) 641-677
sclar@cranesimon.com

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that she caused a copy of the foregoing Notice and attached Motion, to be served upon all parties set forth on the attached Service List, through the Court's Electronic Registration/email (as indicated) on the 18th day of November 2026.

s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

- Adam G. Brief Ustpregion11.es.ecf@usdoj.gov
- John Reding john.reding@ilag.gov
- Patrick Giese pgiese@rjnlawoffice.com

**Via Email:**

- Gretchen Silver Gretchen.silver@usdoj.gov
- Stephen J. Malkiewicz Stephen.malkiewicz@cintas.com
- danh@acumen-nurses.com Daniel Harkins, Director
- wdabaj@americanmedicallab.com Walid Dabaj, President
- beckyw@aurastaff.com Becky Whamond, Partner
- jay.jaiswal@epiloghealth.com A K Jay Jaiswal, CEO
- tmalone@us.medical.canon Trish Malone, Sr. Financial Director
- info@chicagomedeng.com Ismaail Aajoukah, President
- CocciloneT@cintas.com Tony Cocciolone, General Manager
- DPasquini@concordancehs.com Dean Pasquini, Account Manager
- sflournoy@firstrnstaffing.com Stacey Flournoy, CEO
- vamshi@directshifts.com Vamshi Gunukula, COO
- ronald@gaido-fintzen.com Ron Sandack, PARTNER
- hfs.webmaster@illinois.gov
- kheflin@hhs1.com Kevin Heflin, Vice President
- LThornton@ImageFirst.com Louis (Whit) Thornton, General Manager
- KNelson@mzigroup.com Kim Nelson, Managing Director
- mthiele@costanalysts.com Matt Thiele, Owner
- sabitiyu.folawiyo@pacestaffingllc.com Sabitiyu Folawiyo, Vice President
- primehealthcareagency@gmail.com Mohammad Hammad, Managing Partner
- rayjr@pelvip.com Ray Kalinsky, COO
- info@superiorhcstaffing.com Nizar Abulaila, CEO
- Roseland Community Hospital, nglenn@roselandhospital.org; egan@roselandhospital.org dwilliams7@roselandhospital.org
- ccross@concordancehs.com, legal@concordancehs.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-18477 |
| ROSELAND COMMUNITY HOSPITAL ASSOCIATION, a not-for-profit corporation, | ) | Hon. David D. Cleary |
| | ) | Chapter 11 |
| Debtor/Debtor-in-Possession. | ) | |

**MOTION TO WAIVE APPOINTMENT OF OMBUDSMAN,**
**PURSUANT TO 11 U.S.C. 333(a)(1) OF THE BANKRUPTCY CODE**

ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois non-for-profit corporation, debtor/debtor-in-possession ("Debtor") herein, by and through its attorneys, makes its Motion to Waive Appointment of Ombudsman pursuant to 11 U.S.C. 333(a)(1) of the Bankruptcy Code; and in support thereof, states as follows:

**Introduction**

1. On November 4, 2026, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as Debtor in Possession.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5. The statutory predicates for the relief requested in this Motion is Section 333(a)(1) of the Bankruptcy Code.

**Relevant Factual Background**

6. The Debtor is an Illinois not-for-profit corporation opened in 1924, with its principal place of business located at 45 West 111th Street, Chicago, Illinois. The Debtor has provided comprehensive healthcare services to residents of Chicago's far south side neighborhoods since 1924.

7. The Debtor is considered a "safety net" hospital, since most of its patients are Medicare and/or Medicaid, and its services are essential to the neighborhoods in the surrounding areas.

8. The Debtor has five hundred fifty (550) employees.

9. The Debtor's Chapter 11 case was filed due to multiple ongoing litigation with respect to staffing agencies and other creditors.

**Excusal of Ombudsman Requirement**

10. Section 333(a)(1) of the Bankruptcy Code provides, in pertinent part,

> A... the debtor is a healthcare business, the Court shall order, not later than 30 days of the commencement of the case, an appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the healthcare business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case.

11. The Debtor believes that the appointment of an ombudsman is not necessary in this case because the Debtor's books and records are fully protected. The Debtor protects all personal protected health information ("PHI") in HIPPA Compliant, password protected systems. Electronic PHI is maintained on multiple servers and backed up both

on site and backed up both on site and offsite on a daily basis. Any paper PHI produced is maintained by the Debtor in locked files with controlled access, accessible by only HIPPA trained staff authorized to handle PHI for business purposes.

12. The Debtor has the following IT protections in place:

a. Acquisition of Computer Equipment
b. Activity Usage Policy
c. Computer Automatic Log off Policy
d. Computer Process Policy
e. Computer Software Policy
f. Confidentiality and Security Violation Policy
g. Data Back Up Plan Policy
h. Electronic Mail Policy
i. Internet Usage Policy
j. Meditech Policy
k. Non-Staff Providers Access Policy
l. Password Management Policy
m. Remote Electronic Access P P
n. Security Management Process
o. Termination of PHI Access
p. Third Party BAA to PHI Policy
q. Workstation Security Policy

13. By this Motion, the Debtor seeks the entry of an Order determining that, pursuant to 11 U.S.C. 333(a)(1), it is not necessary to appoint an ombudsman, as patient rights and records are not impaired by the filing of the Debtor's Chapter 11 case.

WHEREFORE, ROSELAND COMMUNITY HOSPITAL ASSOCIATION a not-for-profit Illinois corporation, debtor/debtor-in-possession herein, prays for the entry of an Order determining that, under the facts of the case, it is not necessary to appoint an ombudsman pursuant to 11 U.S.C. Section 333(a)(1), and for such other relief as may be just and equitable.

ROSELAND COMMUNITY HOSPITAL
ASSOCIATION

By: /s/Scott R. Clar
One of its Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com