UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ROSELAND COMMUNITY HOSPITAL ASSOCIATION, | ) | CASE NO. 26-18477 |
| | ) | |
| DEBTOR. | ) | HON. DAVID D. CLEARY |

**AMENDED NOTICE OF APPOINTMENT OF**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in this case:

| CREDITOR | REPRESENTATIVE |
|---|---|
| Aura Staffing Partners Chicago, LLC<br>159 N. Sangamon Ave.<br>Chicago, IL 60607 | Gretchen Rakowicz<br>847-676-4138<br>gretchenr@aurastaff.com |
| Douglas Cleaners, Inc.<br>1447 E. 86th Place<br>Merrillville, IN 46410 | William Fox, Manager<br>773-981-9295<br>wfox@imagefirst.com |
| Prime Healthcare Agency<br>9221 S. 79th Ct.<br>Hickory Hills, IL 60457 | Zain Rehman, Manager<br>708-645-6166<br>Primehealthcareagency@gmail.com |

RESPECTFULLY SUBMITTED

ADAM G. BRIEF
ACTING UNITED STATES TRUSTEE

DATE: November 18, 2026

By: */s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn, Rm. 873
Chicago, IL 60604
*Gretchen.silver@usdoj.gov*

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver,

☒ an attorney, certify

that I served a copy of this ***Notice of Appointment of Official Unsecured Creditors' Committee***, on each entity shown on the attached list at the address shown and by the method shown on November 18, 2026.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

- **Adam G. Brief** Ustpregion11.es.ecf@usdoj.gov
- **Scott R Clar** sclar@cranesimon.com mjoberhausen@cranesimon.com asimon@cranesimon.com abell-powell@cranesimon.com
- **Patrick Giese** pgiese@rjnlawoffice.com
- **John Reding** john.reding@ilag.gov