UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-18477 |
| Roseland Community Hospital Association, | ) | |
| a not-for-profit corporation, | ) | Hon. David D. Cleary |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Chapter 11 |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 25th day of November 2026 at 10:00 a.m, I will appear before the Honorable David D. Cleary, Bankruptcy Judge, or any judge sitting in that judge's place, either in Courtroom No. 644, 219 South Dearborn, Chicago, Illinois 60604, or electronically as described below, and present the **Motion for Entry of an Order Setting Bar Date for Filing Proofs of Claim and Approving Form of Proposed Notice**, a copy of which is attached.

**IMPORTANT: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet:** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at **1-669-254-5252 Or 1-646-828-7666**. Then enter the meeting ID and password. Meeting ID and passcode.

**Meeting ID and Passcode**. The meeting ID for this hearing is**161 122 6457 Passcode: Cleary644**. Additional information can be found on Judge Cleary's webpage on the court's website.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., # 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration/email (as indicated) on the 18th day of November 2026.

/s/Scott R. Clar__________

# SERVICE LIST

**Court's Electronic Registration**:

- **Adam G. Brief Ustpregion11.es.ecf@usdoj.gov**
- **Patrick Giese pgiese@rjnlawoffice.com**
- **John Reding john.reding@ilag.gov**
-

**Via Email**

Gretchen Silver
Gretchen.silver@usdoj.gov

- ccross@concordancehs.com
- legal@concordancehs.com

Stephen.malkiewicz@cintas.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-18477 |
| Roseland Community Hospital Association, | ) | |
| a not-for-profit corporation, | ) | Hon. David D. Cleary |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Chapter 11 |

**MOTION OF DEBTOR FOR ENTRY OF AN ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING FORM OF PROPOSED NOTICE TO CREDITORS**

Roseland Community Hospital Association, an Illinois corporation, debtor/debtor-in-possession, ("Debtor") herein, by and through its attorneys, makes its Motion pursuant to Section 501 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(a)(7) and 3003(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests the entry of an Order: (i) fixing January 25, 2027 as the last day for any individual or entity to timely file proofs of claim for pre-petition claims, (ii) fixing May 3, 2027, for any governmental unit, and (iii) approving a proposed form of Notice of the claims bar date (the "Motion"), and in support of the Motion, the Debtor respectfully states as follows:

**Introduction**

1. On November 4, 2026, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as debtor-in-possession.

3. The Debtor's Chapter 11 case was filed due to multiple ongoing litigation with respect to staffing agencies and other creditors.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Sections 157(b).

6. The statutory predicates for the relief requested in this Motion are Sections 105 and 363 of the Bankruptcy Code, and Rules 2002(a) (7) and 3003(c) of the Bankruptcy Rules of Bankruptcy Procedure.

**Relevant Factual Background**

7. The Debtor is an Illinois non-profit corporation opened in 1924, with its principal place of business located at 45 West 111th Street, Chicago, Illinois. The Debtor has provided comprehensive healthcare services to residents of Chicago's far south side neighborhoods since 1924.

8. The Debtor is considered a "safety net" hospital, since most of its patients are Medicare and/or Medicaid patients, and its services are essential to the neighborhoods in the surrounding areas.

9. The Debtor has five hundred twenty-three (523) employees.

10. Timothy Egan is the Debtor's CEO.

11. The Debtor's Chapter 11 case was filed due to multiple ongoing litigation with respect to staffing agencies and other creditors.

**Establishment of Bar Date**

12. It is necessary to establish a bar date for creditors to file claims so as to facilitate a Plan of Reorganization.

13. The Debtor requests that this Court establish January 25, 2027, as the date by which pre-petition creditors, exclusive of governmental units, must file their claims or

be forever barred from asserting such claims, and the Debtor requests that this Court establish May 3, 2027, as the date by which governmental units must file their pre-petition claims or be forever barred from asserting such claims. The Debtor further requests that this Court approve the proposed form of Notice attached hereto as **Exhibit A**, to be provided to creditors in connection with the Bar Date.

WHEREFORE, Roseland Community Hospital Association, a not-for-profit corporation, debtor/debtor-in-possession herein prays for the entry of an Order establishing bar dates for the filing of pre-petition claims and granting such other relief as may be just and appropriate.

Respectfully submitted,

Roseland Community Hospital,

By: /s/Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 South LaSalle Street, Suite 3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com