# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: Roseland Community Hospital Association, a not-for-profit corporation, Debtor(s) | Case Number: 26-18477<br>Chapter: 11<br>Honorable David D. Cleary |

**ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM**

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTORS(S);**

**You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before the following applicable date:**

**(a) Claims of any governmental unit that arose prior to the case filing date must be filed on or before** 05/03/2027 **. (This date must not be earlier than 179 days after the date of the order for relief.)**

**(b) All other claims that arose prior to the case filing date must be filed on or before** 01/25/2027 **.**

**All claims must be filed electronically or at the following address so that they are received on or before the expiration of the bar date listed above:**

**Clerk of the U.S. Bankruptcy Court**
**219 South Dearborn Suite 710**
**Chicago, Illinois 60604**

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.**

**Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim. Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.**

**Debtor's counsel is directed, by** 12/04 **, 20**26 **to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.**

Enter:

Dated: ______________________

United States Bankruptcy Judge