**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Roseland Community Hospital Association

Case Number: 26-18477

An appearance is hereby filed by the undersigned as attorney for:
ISM Security Management, LLC

Attorney name (type or print): Rachel E. Johnson

Firm: Mohan Groble Scolaro, P.C.

Street address: 55 West Monroe Street, Suite 1600

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6348274
(See item 3 in instructions)

Telephone Number: (312) 422-5878

Email Address: rjohnson@mohangroble.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 23rd, 2026

Attorney signature: S/ *Rachel E. Johnson*
(Use electronic signature if the appearance form is filed electronically.)

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Roseland Community Hospital Association | Case Number: 26-18477

An appearance is hereby filed by the undersigned as attorney for:
ISM Security Management, LLC

Attorney name (type or print): Raymond H. Groble III

Firm: Mohan Groble Scolaro, P.C.

Street address: 55 West Monroe Street, Suite 1600

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6194291 | Telephone Number: (312) 422-0783
(See item 3 in instructions)

Email Address: groble@mohangroble.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 23rd, 2026

Attorney signature: S/ *Raymond H. Groble III*
(Use electronic signature if the appearance form is filed electronically.)